# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MATTHEW J. KALLIN and
REBECCA A. WATTS-KALLIN,

                Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A.,

                Defendant.

Case No. 17-CV-1807-JPS

**ORDER**

On April 30, 2018, Plaintiffs filed an amended complaint against Defendant alleging violations of the Real Estate Settlement Procedures Act ("RESPA") and Wisconsin statutory and common law. (Docket #16). On December 14, 2018, the parties filed a stipulation of dismissal with prejudice and without costs to any party. (Docket #35). In this stipulation, the parties agree to withdraw all pending motions. *Id*. The Court will adopt the stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #35) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the parties' motions to enforce settlement agreement (Docket #29, #30, and #33) be and the same are hereby **DENIED as moot**;

**IT IS FURTHER ORDERED** that the parties' motions to file documents under seal (Docket #31 and #32) be and the same are hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs and attorney fees.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge